UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH CHATMAN | No. 17 CR 611<br><br>Judge Thomas Durkin |

**JOINT STATUS REPORT**

Defendant KEITH CHATMAN, by and through his attorney, LISA M. LOPEZ, and the UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH JR., United States Attorney for the Northern District of Illinois, submit the following joint status report with regard to Mr. Chatman's Motion to Reopen the Evidentiary Hearing:

1. The parties intend the hearing to go forward on January 26, 2022.

2. The government will make Mr. Booker available for defense counsel. If needed, the government will not object to defense counsel calling Mr. Booker as an adverse witness.

3. Defense counsel will call Investigator Michael Collela to testify about the findings in his affidavit. The affidavit has previously been tendered to the government.

4. Defense counsel may play the Chicago Police Department pod cam located at 658 North Hamlin which was recording the area near the 600 Block of North Avers Avenue between 12:30 and 1 p.m. on August 2, 2012.

5. The parties are preparing, reviewing, and anticipate several stipulations which will be submitted to the Court in advance of the hearing.

6. The parties would prefer to argue and submit briefs at a date after the hearing once the transcript has been reviewed.

7. The parties will provide any additional information to the Court should it become available prior to the hearing.

8. The undersigned conferred with the government in preparing this report, and the government agreed to the submission of this joint status report.

Respectfully submitted,

*/s/Lisa M. Lopez*

Lisa M. Lopez
Attorney No. 6301850
Law Offices of Lopez & Lopez, LTD.
53 W. Jackson Blvd. Suite 1651
Chicago, IL 60604
(312) 922-2001

## CERTIFICATE OF SERVICE

I, Lisa M. Lopez, an attorney, certify that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing document was served on December 22, 2021, pursuant to the District Court's system as to ECF filers.

Respectfully submitted,

*s/Lisa M. Lopez*

Lisa M. Lopez
Attorney No. 6301850
Law Offices of Lopez & Lopez, LTD.
53 W. Jackson Blvd. Suite 1651
Chicago, IL 60604
(312) 922-2001