UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 17 CR 611-1 |
| v.   ) | |
| ) | Honorable Thomas M. Durkin |
| LABAR SPANN ) | |

**GOVERNMENT'S MOTION TO STRIKE DEFENDANT'S *PRO SE* MOTION FOR A HEARING TO RECONSIDER THE DENIAL OF HIS MOTION TO RESTORE**

The United States of America by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, respectfully moves to strike defendant's instant *pro se* motion [Dkt. # 1271] for a hearing to reconsider the denial [Dkt # 1245] of his motion to restore [Dkt. # 1215], as defendant is and remains represented by Court appointed counsel [Dkt. #'s 112, 224, 287, 288] in this case. *See U.S. v. Khatib*, 606 F. App'x 845, 847 (7th Cir. 2015) (stating "[t]his court has held that a defendant who is represented by counsel relinquishes the right to file his own *pro se* submissions" (citing *U.S. v. Williams,* 495 F.3d 810, 813 (7th Cir. 2007)); *U.S. v. Gwiazdzinski,* 141 F.3d 784, 787 (7th Cir. 1998) ("A defendant does not have an affirmative right to submit a pro se brief when represented by counsel.").

Unlike defendant's previously filed motion[1] to restore [Dkt. # 1215], defendant's Court appointed counsel have recently confirmed to the government that they will *not* be arguing the instant *pro se* motion [Dkt. # 1271] on defendant's behalf

---

[1] The motion to restore [Dkt. # 1215] was originally filed *pro se* by defendant and later adopted, by Court appointed defense counsel, before the Court denied that motion [Dkt # 1245].

as they had in the case of the previously filed *pro se* motion to restore [Dkt. # 1215]. Accordingly, the government respectfully requests that the Court strike defendant's instant *pro se* motion [Dkt. # 1271] and not require the government to file a response.[2]

                                            Respectfully submitted,

                                            JOHN R. LAUSCH, JR.
United States Attorney

By:    s/ *William Dunne*
WILLIAM DUNNE
KAVITHA J. BABU
MEGAN DEMARCO
Assistant U.S. Attorneys
219 South Dearborn, Room 500
Chicago, IL 60604
(312) 353-5300

Dated: February 3, 2022

---

[2] The government remains in regular communication with defendant's Court appointed counsel about matters concerning defendant's communication privileges and will continue to listen to any requests counsel may make in such regard in the future.